**David McCaffery**, OSB #03396
davidm@hillsborolawgroup.com
**HILLSBORO LAW GROUP**
161 NW Adams Avenue, #300
Hillsboro, OR  97124
503-648-0707 (phone)
503-693-1353 (fax)
<u>Attorneys for Plaintiff Aroche</u>

**Karen F. Jones**, OSB #072842
kjones@riddellwilliams.com
**Gena M. Bomotti** (pro hac vice pending)
gbomotti@riddellwilliams.com
**RIDDELL WILLIAMS P.S.**
1001 – 4th Avenue, #4500
Seattle, WA  98154
206-624-3600 (phone)
206-389-1708 (fax)
<u>Attorney for Defendant Allstate.</u>

The Honorable Paul Papak

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FRANCISCO AROCHE**, <br><br> Plaintiff, <br><br> v. <br><br> **THE ALLSTATE INSURANCE CORPORATION,** dba ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | NO.  CV09-1495-PK <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

The Allstate Corporation dba Allstate Insurance Company hereby states and

discloses:

CORPORATE DISCLOSURE STATEMENT (NO. CV09-1495-PK) - 1

4820-7059-5845.01
011510/42496.00161

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Allstate Insurance Company, an Illinois insurance company, is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

DATED this 15th day of January, 2010.

                                                RIDDELL WILLIAMS P.S.

                                      By   /s/ Karen F. Jones
                                          Karen F. Jones, OSB #072842
                                            kjones@riddellwilliams.com
                                          Gina M. Bomotti (pro hac vice pending)
                                            gbomotti@riddellwilliams.com
                                            1001 4th Avenue, Suite 4500
                                            Seattle, WA 98154
                                            Telephone: 206-624-3600
                                            Facsimile:   206-389-1708

CORPORATE DISCLOSURE STATEMENT (NO. CV09-1495-PK) - 2

4820-7059-5845.01
011510/42496.00161

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I **electronically filed** the foregoing document using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| **David McCaffery**, OSB #03396<br>davidm@hillsborolawgroup.com (email)<br>**HILLSBORO LAW GROUP**<br>161 NW Adams Avenue, #300<br>Hillsboro, OR  97124<br>503-648-0707 (phone)<br>503-693-1353 (fax)<br><u>Attorneys for Plaintiff Aroche</u> | via email and via the CM/ECF system which will send notification of such filing |

DATED this 15th day of January, 2010.

                                                    /s/ Susan E. Miller
                                                    Susan E. Miller

CORPORATE DISCLOSURE STATEMENT (NO. CV09-1495-PK) - 3
4820-7059-5845.01
011510/42496.00161

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600