FILED
MAY 1 3 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| FRANCISCO AROCHE, | ) | |
| | ) | Civil No. 09-1495-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| THE ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiff's unopposed Motion for Order of Dismissal with Prejudice [16-1] is GRANTED.

Dated this 13th day of May, 2010.

by _____
Anna J. Brown
United States District Judge